# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDI CAMPBELL,<br>     Plaintiff(s),<br>vs.<br>LAS VEGAS BISTRO, LLC,<br>     Defendant(s). | Case No. 2:16-cv-01842-JCM-NJK<br><br>**ORDER** |

Pending before the Court is the parties' stipulation to stay discovery. Docket No. 21. As United States District Judge James C. Mahan noted in his October 17, 2016 minute order, the parties are in violation of LR IC 2-2(b) because they filed two identical documents that each request both a stay of discovery and additional time for Plaintiff to respond to Defendant's motion to dismiss. *See* Docket Nos. 20, 21, 22.

Accordingly, the Court hereby **DENIES** the parties' stipulation (Docket No. 21) without prejudice. If the parties choose to file a renewed stipulation to stay discovery, it must comply with the Local Rules, and must be filed no later than November 1, 2016.

IT IS SO ORDERED.

Dated: October 27, 2016

                _____
                NANCY J. KOPPE
                United States Magistrate Judge